**Jed W. Manwaring ISB #3040**
**Judy L Geier ISB #6559**
**EVANS KEANE LLP**
**1405 W. Main Street**
**P. O. Box 959**
**Boise, Idaho  83701-0959**
**Telephone:  (208) 384-1800**
**Facsimile:    (208) 345-3514**
**e-mail:  jmanwaring@evanskeane.com**
              **jgeier@evanskeane.com**

**Attorneys for Trustee, Richard E. Crawforth**

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| **In Re:**<br>**AARON M. HYMAS AND**<br>**TIFFANY K. HYMAS,**<br><br>      **Debtors.** | **Case No. 08-00802-TLM** |
| **RICHARD E. CRAWFORTH,**<br><br>          **Plaintiff,**<br><br>vs.<br><br>**AARON M. HYMAS and TIFFANY K. HYMAS, husband and wife; VINCE COVINO and KIMBERLY COVINO, husband and wife; and EQUITY BENEFITS, LLC,**<br><br>          **Defendants.** | **Adversary No.** |

### COMPLAINT

Plaintiff, Richard E. Crawforth, alleges as follows:

    1.    Jurisdiction in this Court arises pursuant to 28 *U.S.C. §* 1334 and 28 *U.S.C. §* 157.

This proceeding is a core proceeding pursuant to 28 *U.S.C. §*157(2).

    2.    Plaintiff, Richard E. Crawforth ("Trustee") is the duly appointed Trustee for the above

*ADVERSARY COMPLAINT -* 1

bankruptcy case.

3. Defendants Aaron M. Hymas and Tiffany K. Hymas ("Debtors") are residents of Ada County, Idaho.

4. The Defendants Vince Covino and Kimberly Covino (the "Covinos") are residents of Ada County, Idaho, and upon information and belief are shareholders of the Defendant Equity Benefits LLC ("Equity Benefits").

5. The Defendant Equity Benefits is an Idaho limited liability company in good standing.

6. On April 25, 2008, the Debtors filed a Chapter 7 Bankruptcy Petition.

7. Upon information and belief within less than one year from the filing of their petition, the Debtors loaned approximately $500,000 to the Defendant Vince Covino who executed a Promissory Note (the "Promissory Note") in favor of the Debtors in the amount of $500,000.

8. On or about March or April, 2008, the Debtors purported to acquire a membership interest in Equity Benefits.

9. Other specific and general schemes and artifices of transfers by the Debtors to the Defendants or to other insiders or third parties may exist and may be discovered in the discovery and investigatory process of this Adversary Proceeding. The Defendants/Debtors are placed on notice that the Trustee seeks to avoid all such transfers and recover all such properties or value of the transfers for the benefit of the estate even though not specifically identified or known at this time. Such transfers may include transfers of cash, cash equivalent, property, payments made without consideration, obligations incurred for the benefit of others or any other such transfers to the Defendants and/or John or Jane Does and other unknown Entities for less than reasonable equivalent value or for the purpose of concealment.

*ADVERSARY COMPLAINT - 2*

## COUNT I
## TURNOVER OF PROPERTY OF THE ESTATE
## PURSUANT TO 11 U.S.C. §§ 541 & 542

10. Pursuant to 11 *U.S.C. §* 541(a), the Promissory Note, the Debtors' membership shares in Equity Benefits and the funds described above are property of the Estate.

11. The Estate also has an interest in the Operating Agreement, share purchase contracts, bookkeeping records, balance sheets, income statements, and all such similar records of Equity Benefits (the "Company Records").

12. The Defendants are in possession, custody or control of said property.

13. Pursuant to 11 *U.S.C. §* 542, Trustee requests turnover of the Promissory Note, Company Records including the Operating Agreement, checks, transfers, correspondence, contracts, emails, and any other documents related to the transfer of funds from Debtors to any other Defendant.

## COUNT II
## BREACH OF CONTRACT

14. Defendants Covinos and Equity Benefits are obligated to pay $500,000 to the Estate and have breached their obligations.

15. Plaintiff has been damaged in the amount of $500,000 plus costs and attorney fees.

WHEREFORE, the Trustee prays for:

a) The issuance of an Order requiring the Debtors/Defendants to turnover to the Trustee the Promissory Note between the Debtor Aaron Hymas and Defendant Vince Covino, the Company Records, and to turnover all records related to the transfer of funds from Debtors to other Defendants;

b) A judgment of $500,000 against Defendants Covinos and Equity Benefits; and

c) Such further relief as the Court deem just.

Dated this 17th day of September, 2010.

            EVANS KEANE LLP

            By_____/s/ Jed W. Manwaring
             Jed W. Manwaring, Of the Firm
             Attorneys for Trustee

*ADVERSARY COMPLAINT* - 3