***MARTELLE, BRATTON & ASSOCIATES, P.A.***
Martin J. Martelle    ISB No. 3304
Sarah B. Bratton     ISB No. 7771
Joseph M. Wager    ISB No. 8445
873 East State Street
Eagle, ID 83616
Telephone:    (208) 938-8500
Facsimile:    (208) 938-8503
E-mail:    attorney@martellelaw.com

Attorney for Vince Covino

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>**AARON MICHAEL HYMAS AND TIFFANY KIM HYMAS,**<br><br>           Debtor(s). | CHAPTER 7<br><br>Case No. 08-00802-TLM<br><br>AFFIDAVIT OF VINCE COVINO IN SUPPORT OF MOTION FOR APPROVAL OF COMPROMISE RE: COVINO |

STATE OF IDAHO        )
                       : ss.
County of Ada          )

    VINCE COVINO, being first duly sworn upon oath, deposes and says:

1. I am the Defendant in a lawsuit filed by Richard E. Crawforth, Bankruptcy Trustee in this matter.

2. A Judgment was entered against me in favor of the Trustee in the amount of $250,000.

3. A Settlement Agreement was arrived at wherein I would pay the sum of $5,000 per month for a total of $60,000 in full settlement of the Judgment.

4.  I did make payments to the Trustee of $5,000 on two occasions for a total of $10,000.

5.  Since that time, my financial situation has dramatically deteriorated.  In particular, the Idaho Department of Insurance has refused to renew my Insurance license, which allows me to sell insurance.

6.  A copy of the suspension notice is attached hereto as **Exhibit A**.

7.  My license to sell securities was suspended in Feb. 2012.  I am no longer able to sell securities.

8.  The sale of securities and insurance was my primary source of income since 1998.

9.  Selling insurance was going to be the means in which I provided for the financial support of myself, my family and to pay the debts that I owe after my securities license was suspended.

10. I have had three parcels of real estate foreclosed on in the last several months.

11. Those parcels of real estate were worth significantly less than I owed on them.  It is my estimate that the value of the properties is $100,000.  I owed approximately $750,000 which was secured by the properties.

12. All real estate that I own has been foreclosed on except one parcel.  That parcel is located at Chinden and Eagle Road and is worth approximately $200,000.  There is approximately $280,000 owed on that property at the present time.  It is rented for $500 per month and the payments to the lender are approximately $2,000 per month.

13. My brother makes the payments on that parcel of property because he was a co-signer.

14. That property is owed by Equity Benefits, LLC., which is a company owned by me.

15. I do not own any other real estate.  I do have an option to purchase the home that I am renting at the present time.

16. I have significant bills which I am unable to pay.

17. I am attempting to avoid bankruptcy; however, I will need relief from certain of my debt in order to avoid bankruptcy.

18. I have retained Martelle, Bratton & Associates to represent me in attempting to avoid bankruptcy or, in the alternative, filing bankruptcy.

19. I have completed their bankruptcy questionnaire and am attaching hereto as **Exhibit B** a copy of the relevant portions of their bankruptcy questionnaire.  The information contained in the bankruptcy questionnaire is true and correct to the best of my abilities.

20. I have 4 children.  My wife is currently pregnant.

21. We do not have health insurance and are anticipating significant medical bills as a result of her pregnancy.

22. My only asset is my qualified retirement plans.  That plan is exempt from bankruptcy.

23. Those plan was originated in approximately 2003.  My last contribution to that pension plan was on approximately 2010.  The current balance in those plans is approximately $350,000.

24. I have taken the maximum loans from my 401k and am unable to repay the loan to the plan.

25. At the present time, I am acting as a consultant to chiropractors in managing their business affairs.  I am making very little from that endeavor.

26. A copy of my profit and loss statement through May 2012 is attached hereto as **Exhibit C**.

27. Revenue has significantly decreased during June and July 2012.

28. A copy of the first two pages of my 2011 1040 Tax Return is attached hereto as **Exhibit D.**

29. My income was $102,000 in 2011.  It has since dramatically decreased. This year I have earned less than $20,000 to date.

30. I am also attempting to assist my brother in setting up an aquarium in the Portland area.  I have not received an income from that venture; however, I believe that it will eventually be profitable.

31. I am struggling financially.  At the present time I do not have enough income to pay my day to day living expenses.

32. I am attempting to avoid the filing of a Chapter 7 Bankruptcy.  I have been advised by my attorneys that unless I am able to settle this matter that I will have little option but to file Chapter 7.

WHEREFORE, it is respectfully requested that this Court approve the Motion for Approval of Compromise.

/s/
Vince Covino

SUBSCRIBED AND SWORN to before me this day; Monday, ~~April 2nd~~ July 23rd *Am 2012.

Amanda Miller
Notary Public for State of Idaho
Residing at Boise, Idaho.
Commission expires: 1-27-2018

JEAN R. URANGA
Hearing Officer
714 North 5th Street
P.O. Box 1678
Boise, Idaho  83701
Telephone: (208) 342-8931
Facsimile: (208) 384-5686
Idaho State Bar No. 1763

BEFORE THE DIRECTOR OF THE DEPARTMENT OF INSURANCE

STATE OF IDAHO

In the Matter of:                )
                                 )
VINCENZO G. COVINO,              )    Docket No. 18-2751-12
Resident Producer License        )
No. 58232,                       )    HEARING OFFICER'S FINDINGS
                                 )    OF FACT, CONCLUSIONS OF
                                 )    LAW AND PRELIMINARY ORDER
               Respondent.       )
_____)

This matter came on for an evidentiary hearing on June 7, 2012, before Jean R. Uranga, the designated Hearing Officer. The Department of Insurance appeared by and through its Deputy Attorney General, Richard B. Burleigh, and Vincenzo G. Covino appeared representing himself. Both parties presented testimony. The Department also admitted exhibits. Mr. Covino did not admit any exhibits.

## FINDINGS OF FACT

1.    Vincenzo G. Covino was issued an Idaho Resident Producer License, No. 58232, on September 6, 1997. Mr. Covino's license was scheduled to expire February 29, 2012. He timely filed a renewal application. Mr. Covino's February 24, 2012 application was electronically submitted.

HEARING OFFICER'S FINDINGS OF FACT, CONCLUSIONS OF LAW AND PRELIMINARY ORDER - 1



2.   Question No. 2 on the application states:

Have you been named or involved as a party in
an administrative proceeding including a FINRA
sanction or arbitration proceeding regarding
any professional or occupational license or
registration, which has not been previously
reported to this insurance department?

Mr. Covino answered "Yes". The application was submitted under penalty of perjury certifying that all the information and attachments are true and complete. Paragraph 1 of the attestation further states that submitting false information or omitting pertinent and material information in connection with the application is grounds for license revocation or denial.

3.   On March 6, 2012, as part of his application, Mr. Covino submitted documents regarding VSR Financial Services, a prior employer, related to an incident which occurred in 2010. Mr. Covino submitted Page 26 of a FINRA report which he ran March 5, 2012. FINRA is a Federal agency which maintains licensing information on certain licensees. That report indicates VSR had reported that Mr. Covino was terminated because he violated firm policy by not timely and adequately responding to the firm's request for information. Mr. Covino's response to the VSR report refers to compromises with creditors and claims that he did disclose his financial history to VSR at least seven (7) times. The VSR financial information which Mr. Covino provided with his application did not concern an administrative action against Respondent, but rather related to a voluntary resignation by Mr. Covino.

HEARING OFFICER'S FINDINGS OF FACT, CONCLUSIONS OF LAW AND
PRELIMINARY ORDER - 2

4.  As part of the routine processing of Mr. Covino's renewal application, the Department obtained a complete FINRA report regarding Mr. Covino around March 23, 2012.  A copy of that FINRA report was attached as Exhibit A to the Verified Complaint.  A second FINRA report was obtained on May 21, 2012 and was admitted as Exhibit 2 at the hearing. That report is 34 pages long and revealed an administrative action taken against Mr. Covino by FINRA under Docket No. 2009020793901 with a resolution date of February 10, 2012. On Page 8 of the FINRA report, FINRA reported a final action against Mr. Covino which occurred when he was employed by LPL Financial, LLC.  The report states Mr. Covino purchased a home from one of his customers with a promissory note for approximately $697,779.  Mr. Covino only paid $360,500 on the Note before he ran into financial difficulties and had to surrender the property to satisfy the outstanding debt.  Mr. Covino was terminated from LPL Financial because the firm prohibits registered representatives from borrowing money from customers under any circumstances.  Page 9 notes the FINRA action was final and resulted in civil and administrative penalties and fines and a suspension.  The suspension was to run February 21, 2012, to April 2, 2012.  A $5,000 fine was levied.  Page 11 indicates that Mr. Covino consented to the described sanctions and entry of the findings against him.

5.  At the hearing, Mr. Covino argued that that FINRA action had been overturned or modified; however, he admitted that he had purchased a home in 2006 from his clients, David and Joyce Cook. He also admitted that the Cooks carried the paper and that he

HEARING OFFICER'S FINDINGS OF FACT, CONCLUSIONS OF LAW AND PRELIMINARY ORDER - 3

returned the property with a deed in lieu of foreclosure three years ago. At that hearing, Mr. Covino presented absolutely no credible proof or written evidence to support his testimony and as of May 21, 2012, seventeen days before the evidentiary hearing, that FINRA administrative action was still reported as a final administrative action.

6.    Mr. Covino failed to disclose this FINRA action, which is a reportable event, on his renewal application which was submitted under penalty of perjury. In addition, even if a renewal application had not been pending, Mr. Covino had until March 12, 2012, to report the FINRA action and provide a copy of the Order, Consent Order or other relevant documents to the Department. Mr. Covino failed to comply with those reporting requirements.

7.    Further, pages 27 through 33 of the FINRA report identified ten (10) actions involving loans made to Mr. Covino which became delinquent and were settled and compromised at significantly less than the original loan amounts. Disclosure No. 1 indicates Mr. Covino had an original loan of $1,785,000 with IndyMac and negotiated a short sale of the real estate resulting in only $816,069.72 being applied against the debt. Disclosure No. 2 shows Mr. Covino owed IndyMac $253,342.11 on a second mortgage and with a short sale only $25,000 was paid against the debt. Disclosure No. 3 indicates Mr. Covino owed IndyMac $500,000 for property at Tamarack in Valley County and after a short sale of the real estate only paid $203,604.26 of the debt. Disclosure No. 4 shows that, on that same Valley County property, Mr. Covino owed

HEARING OFFICER'S FINDINGS OF FACT, CONCLUSIONS OF LAW AND PRELIMINARY ORDER - 4

$111,199.70 to IndyMac on a second mortgage and through the short sale paid only $12,500. Disclosure No. 5 indicates Mr. Covino owed IndyMac $475,000 and through a short sale paid only $61,000 of the debt. Disclosure No. 6 shows Mr. Covino owed Litton Loan Services $300,000 and following a short sale paid $274,000 of the debt. Disclosure No. 7 indicates Mr. Covino owed Aurora Loan Services $675,000 and through a short sale paid only $468,000 of the debt. Disclosure No. 8 shows Mr. Covino owed Bank of the West $100,000 and agreed to make payments of $2,000 a month and would ultimately pay $89,000 on the debt. Disclosure No. 9 indicates Mr. Covino owed Pioneer Federal Credit Union $65,419.04 and agreed to pay $250 per month and negotiated a payoff of $25,256. Disclosure No. 10 shows Mr. Covino owed Wells Fargo Bank $50,386 and negotiated a compromise payoff of $25,193.

8.   All of these defaults and compromises occurred between June, 2008 and July, 2009. In his interrogatory responses admitted as Exhibit 4, Mr. Covino admitted to all of these loan compromises. Some of the loans represented second mortgages on real estate. He admitted that eight of the loans related to the purchase of real estate and three others related to lines of credit and the purchase of a boat. During his testimony, Mr. Covino further admitted that two more real estate foreclosures have occurred since that report was obtained.

9.   In addition, Mr. Covino has two (2) monetary judgments against him. One is a judgment for $300,000 which was paid down to $75,000. The second was a Bankruptcy Court judgment in the amount

HEARING OFFICER'S FINDINGS OF FACT, CONCLUSIONS OF LAW AND
PRELIMINARY ORDER - 5

of $250,000.  Finally, a third satisfied judgment was located in the case of Dina M. Pfeifer v. Covino.

10.  After reviewing this information on April 4, 2012, the Department filed a verified Complaint and Notice of Right to Hearing determining that failure to disclose the FINRA action and these financial transactions demonstrated untrustworthiness and financial irresponsibility in the conduct of business resulting in a source of injury and loss to others in the conduct of business in this state or elsewhere.

11.  In his defense, Mr. Covino argued he was making lots of money when he incurred all of these debts and had every intention to get the debts paid.  He contends the real estate market went down in value by 50% to 80% while his income was also going down because of the economy.  He claims these investments were an oversight caused by thinking the real estate market would never go down.  Mr. Covino submitted no credible evidence to support his contentions that the income he was making when these debts were incurred justified the number and extent of money he borrowed.

12.  Mr. Covino further argues that he made a choice not to file bankruptcy and instead has attempted to work with his creditors to resolve his financial problems.  While that choice is admirable, the evidence still clearly establishes that Mr. Covino's various creditors have lost approximately $3 million based on his speculation and financial irregularities.

13.  He also argued that he has lost more than the banks, but that is beside the point.

14.   Mr. Covino next argues that the Department has not attempted to revoke licenses when agents might have lost their homes or had short sales on their homes. However, as testified to by Georgia Siehl, these financial irregularities involve more than the loss of one's home. They represent multiple, speculative real estate investments, including second mortgages on real estate. Many of the loans were clearly for investment purposes.

15.   Finally, Mr. Covino blames his failure to disclose the FINRA action as the fault of an employee of Mr. Covino's who completed the application. It is Mr. Covino's responsibility to complete and file true and accurate applications. He is responsible for any error by any employee.

16.   With respect to Count 1, the Hearing Officer finds that Mr. Covino failed to disclose the final FINRA administrative action on his renewal application.

17.   With respect to Count 2, the Hearing Officer finds that Mr. Covino failed to timely report the final FINRA administrative action.

18.   With respect to Count 3, the Hearing Officer finds that Mr. Covino's failed transactions and unpaid loans demonstrate untrustworthiness and financial irresponsibility which has resulted in a source of injury and loss to others.

## CONCLUSIONS OF LAW

19.   Idaho Code §41-1016(1)(a) provides that the Department may impose an administrative penalty not to exceed $1,000 and may

refuse to renew or may revoke the license of a producer who provides incorrect or incomplete information on a license application. Mr. Covino's failure to disclose the final FINRA administrative action provides grounds to deny renewal or revoke his producer license and impose an administrative penalty.

20. Idaho Code §41-1021(1) requires that a producer must report any administrative FINRA action within thirty (30) days of the final disposition, which would have been no later than March 12, 2012. Mr. Covino failed to comply with these requirements. Consequently, his failure to report the FINRA administrative action provides grounds to deny renewal or revoke his producer license and impose an administrative penalty.

21. Idaho Code §41-1016(1)(h) allows the Department to refuse to renew or revoke a license or impose an administrative penalty where the licensee demonstrates untrustworthiness or financial irresponsibility in the conduct of business or is a source of injury and loss to the public or others in the conduct of business in this State or elsewhere.

22. The Hearing Officer concludes there are grounds to deny renewal or revoke Mr. Covino's Resident Producer License.

23. Based upon the foregoing, the Department's refusal to renew and revocation of Mr. Covino's license and imposition of a $1,000 penalty is appropriate.

HEARING OFFICER'S FINDINGS OF FACT, CONCLUSIONS OF LAW AND
PRELIMINARY ORDER - 8

## PRELIMINARY ORDER

IT IS HEREBY ORDERED that Mr. Covino's Idaho license should not be renewed and should be revoked and the $1,000 administrative penalty assessed.

DATED This 2nd day of July, 2012.

_____
JEAN R. URANGA
Hearing Officer

### CERTIFICATE OF MAILING

I HEREBY CERTIFY That on this 2nd day of July, 2012, I served true and correct copies of the foregoing HEARING OFFICER'S FINDINGS OF FACT, CONCLUSIONS OF LAW AND PRELIMINARY ORDER by depositing copies thereof in the United States mail, postage prepaid, in envelopes addressed to:

Vincenzo G. Covino
Retirement Services
13965 West Chinden Blvd., Suite 113
Boise, Idaho 83712-1457

Richard B. Burleigh
Deputy Attorney General
Idaho Department of Insurance
P.O. Box 83720
Boise, Idaho 83720-0043

_____
JEAN R. URANGA

HEARING OFFICER'S FINDINGS OF FACT, CONCLUSIONS OF LAW AND PRELIMINARY ORDER - 9

# GENERAL INFORMATION

Please fill out ALL information requested in these forms. If a question or section does NOT apply to you, write "N/A" in the same. (N/A means "not applicable"). The more information you provide in these forms, the faster your bankruptcy petition can be prepared. There will be a delay if we need to verify or obtain more information concerning a specific asset, debt or creditor; so please provide as much detail as you can. Thank you for taking the time to be thorough and complete, resulting in faster turnaround.

## TYPE OF CASE

**FILING STATUS:** [X] Individual   [ ] Joint   [ ] Corp, LLC, LLP   [ ] Other_____

**Chapter of Bankruptcy this Case to be filed under:**   [ ] 7   [ ] 13

| Name, First Vincenzo | Middle (spell out) Gabriele | Last Covino |
|---|---|---|
| Social Security Number [redacted] | | Date of Birth 2-21-75 |
| Other Tax ID Nos.: | | |

| Street Address 5173 N Brookmeadow Way | | |
|---|---|---|
| City Boise | State ID | Zip 83713 |
| County of Residence Ada | Length of Time at This Address 3 yrs | |
| Home Phone 208 283 2299 | | Other Phone |
| Email address vinceg.covino@gmail.com | | |

MAILING ADDRESS – If you would like any correspondence by the bankruptcy court to be sent to a different mailing address than the physical address you provided above (i.e. PO Box, etc.), please provide that address below.

Please list any other names used in the last eight (8) years. Include any business names, nicknames, maiden names and names from prior marriages, legal name change and any other names which you have used for any reason. Please indicate reason for other names and date(s) name was used (*example: 6/2005 thru 10/2009*):

Vince

## INFORMATION ABOUT YOUR SPOUSE

| Name, First ~~fasdf~~ Kimbuly | Middle (spell out) | Last Covino |
|---|---|---|
| Social Security Number [redacted] | | Date of Birth 7-28-79 |
| Other Tax ID Nos.: | | |

| Street Address (if living separately) | | |
|---|---|---|
| City | State | Zip |

Please list any other names used in the last eight (8) years. Include any business names, nicknames, maiden names and names from prior marriages, legal name change and any other names which you have used for any reason. Please indicate reason for other names and date(s) name was used (*example: 6/2005 thru 10/2009*):

Kim

EXHIBIT
B

# INCOME HISTORY FOR YOU

Your Name as listed on your current paycheck stub: _Vincenzo Como_

Date of Last Paycheck _May 1st 2012_ _____ Date of Next Paycheck _suspended checks, dividends only_

**Year-to-Date Gross Income for this current year? $** _~~40~~ 10,000_

**VERY IMPORTANT: Gross Income last year $** _100,000_ **Gross Income 2 Yrs Ago $** _170,000_

Employer's Name _self, Legacy Consulting_

Address _13965 W Chinden Blvd_

City, State, Zip _Boise ID 83713_

Telephone Number _208-283-2299_

Length of Time at this Job? Years _One_ Months _____

Job Title (do not abbreviate) _Consultant_

How often do you get paid? *(circle or check one)*

- ☐ every week    ☒ bi-weekly (sometimes I get paid 3 times a month)    ☐ once a month
- ☐ semi-monthly (on the same 2 days of each month)

What is your "average" gross wages before deductions? $ _~~8,000~~ APPROX 2K_

How much "average" extra money do you receive in overtime and commissions per pay period? $ _0_

What is the total amount of taxes deducted (FICA, Federal, State, Local) from your paycheck? $ _varies 0_

How much Insurance is deducted from your paycheck? $ _0_ How much in Union Dues? $ _0_

How much do you pay in Alimony or Child Support if any? $ _0_ Are you court ordered to pay this? ☐ YES ☒ NO

Are there any other deductions from your paycheck? ☐ YES ☒ NO If yes, how much? $ _____

What is this "other" deduction for? _____ If 401K Plan, how long have you participated? _____

How much additional income do you make monthly from a business, flea market, etc? $ _1,000 - 3500/mo_

Monthly Income from real property (rentals) $ _0_ Monthly Interests and Dividends $ _0_

Monthly Alimony or Child Support received $ _0_ Monthly Social Security $ _____

Monthly Government Assistance $ _0_ Monthly Food Stamps $ _0_

Monthly Public Assistance $ _0_ Monthly Pension or Retirement $ _0_

Other Income (Reason and amount received monthly)? _____

Do you have a second job? ☐ YES ☒ NO    If yes, name of employer: _____

**Year-to-Date Gross Income for this current year? $** _____

**VERY IMPORTANT: Gross Income last year $** _____ **Gross Income 2 Yrs Ago $** _____

Address _____

City, State, Zip _____

Telephone Number _____

Length of Time at this Job? Years _____ Months _____

Job Title (do not abbreviate) _____

How often do you get paid? *(circle or check one)*

- ☐ every week    ☐ bi-weekly (sometimes I get paid 3 times a month)    ☐ once a month
- ☐ semi-monthly (on the same 2 days of each month)

What is your "average" gross wages before deductions? $ _____

Do you receive any income from a home-based business? ☐ YES ☐ NO  If yes, how much per month? $ _____

_FUTURE EXPECTED INCOME - Marketing life insurance_

# MONTHLY BUDGET

This form is necessary to determine how much you spend each month on living expenses.  Be sure to write in the MONTHLY (not yearly) amounts in the spaces provided for each expenditure.  For utilities, your bill may be higher in the winter than in the summer, so write an amount that is "average" (you can calculate this by dividing total paid for previous year divided by 12).

## Housing Expenses

| | |
|---|---|
| Rent (if you do not own your home) | $ 2520 |
| First Mortgage payment or mobile home monthly payment | $ _____ |
| Second mortgage (if applicable) | $ _____ |
| Third mortgage (if applicable) | $ _____ |
| Lot Payment (if applicable) | $ _____ |
| Are real estate **taxes** included in your mortgage payment? | ☑ Yes ☐ No |
| Taxes not included in house payment | $ _____ |
| Is your home insurance included in your mortgage payment? | ☑ Yes ☐ No |
| Insurance not included in house payment | $ _____ |

## Utilities (Normal Monthly Average)

| | |
|---|---|
| Electricity and Gas | $ 300 |
| Water | $ 20 |
| Telephone (Basic Service) | $ 0 |
| Cell Phone | $ 160 |
| Cable and/or Internet | $ 80 |

## Basic Needs

| | |
|---|---|
| Home Maintenance (home owners) | $ 20 |
| Food (Monthly) | $ 1000 |
| Clothing (Monthly Expense) | $ 200 |
| Laundry, dry cleaning, soap, etc. | $ 50 |
| Medical expenses <u>not</u> paid by insurance | $ 500 |

## Transportation

| | |
|---|---|
| Gasoline/auto maintenance | $ 300 |

## Insurance

| | |
|---|---|
| Renters Insurance | $ _____ |
| Life Insurance (other than employer) | $ 160 |
| Health Insurance (other than employer) | $ 0 |
| Automobile Insurance | $ 120 |
| Other Insurance _____ | $ _____ |

## Taxes

Are any other taxes deducted from your wages? If so, what type of taxes are they?
_____    $ _____

## Other Expenses

| | |
|---|---|
| Recreation, Entertainment | $ 300 |
| Charitable Giving (if claimed on taxes) | $ 0 |
| Alimony or Child Support | $ 0 |
| Payments for someone outside your home | $ 0 |
| Union Dues (not payroll deducted) | $ 0 |
| Professional Dues (not payroll deducted) | $ 0 |
| Child Care Expenses | $ 0 |
| Babysitter/Day Care Expenses | $ 0 |
| School Expenses (children under 18) | $ 0 |
| School Lunch Expenses | $ 70 |
| College Tuition (Not Loans) | $ 0 |
| Student Loan Repayment | $ 0 |
| Newspapers, Books, Magazines | $ 50 |
| Personal Care Items | $ 100 |
| Other  lawn | $ 150 |
| Other | $ _____ |

Use the space below to describe any additional monthly expenses that you must pay out of your pocket that are not covered here.  Explain the type of expense, amount of expense and how long you will continue to have this expense:

_____

_____

Do you expect your budget to change in the next 1 year? Explain: No

_____

**NOTICE: IF YOU OWN A MOBILE HOME,
PLEASE FILL OUT NEXT PAGE**   **YOUR REAL ESTATE**

☐ Check this box if you have a homestead exemption that exceeds $125,000.00

> PRINT OUT ADDITIONAL PAGES FOR EVERY SEPARATE PIECE OF REAL ESTATE THAT YOU OWN, EVEN IF YOU STILL OWE MONEY ON THE PROPERTY. Real property is land and things permanently attached to land. Included are unimproved land, vacation cabins, duplexes, rental property, business property, agricultural land, airplane hangers, and any other buildings permanently attached to land. It also includes property you are entitled to by a trust and all property in which you have any legal, equitable, or future interest. ( All contracts, leases and time shares should be listed on another page in this packet).

Check the type of real estate you own: ☑ House ☐ Condominium ☐ Vacant Lot ☐ Other_____

Name(s) on Deed _____

Address of Real Estate _____

Description of Real Estate: (*example: 1,250 square-foot home with 2 bedrooms, 2 baths, attached 2-car garage situated on 2 acres of ground with outbuildings.*) _____

_____

Name of Mortgage Company _____

Address _____

City _____ State _____ Zip _____

Account Number _____ Date this mortgage obtained? _____

What are the monthly payments? $ _____  What is the pay-off amount on this mortgage? $ _____

Are you behind in payments? ☐ YES ☐ NO If so, what months? _____

What interest rate do you pay? _____% Amount to catch up back payments? $_____

What year was your real estate last appraised? _____  What was the appraised value? $ _____

**Intention:** ☐ **KEEP**   ☐ **SURRENDER**   Do you have a second mortgage on the real estate? ☐ **YES**   ☐ **NO**

## SECOND MORTGAGE INFORMATION (IF APPLICABLE)

Name of Mortgage Company _____

Address _____

City _____ State _____ Zip _____

Account Number _____ Date this mortgage obtained? _____

What are the monthly payments? $ _____  What is the pay-off amount on this mortgage? $ _____

Are you behind in payments? ☐ YES ☐ NO If so, what months? _____

What interest rate do you pay? _____% Amount to catch up back payments? $_____

**Intention:** ☐ **KEEP**   ☐ **SURRENDER**

## COLLECTION INFORMATION (IF APPLICABLE)

Name of Collector or Attorney _____

Address _____

City _____ State _____ Zip _____

Collector Account Number _____ Date notice received? _____

Is this real estate in the process of foreclosure or replevin action? ☐ YES ☐ NO

**If in collection, please provide a <u>copy</u> of the court documents you were served.**

# YOUR HOUSEHOLD INVENTORY

Please check the items below that you currently have in your home and state quantity of each item.  Then, provide the **YARD SALE VALUE** of each item – **NOT** the replacement cost.

| | | QTY | "Yard Sale" Value | | | QTY | "Yard Sale" Value |
|---|---|---|---|---|---|---|---|
| ☐ | Stove/Cooking Unit(s) | | $ | ☐ | Painting(s)/Art | 15 | $ 1500 |
| ☐ | Refrigerator(s) | 2 | $ 500 | | Describe item(s): | | |
| ☐ | Freezer(s) | | $ | | | | |
| ☐ | Washer/Dryer | each | $ 800 | ☐ | Carpenters Tools | 3 | $ 200 |
| ☐ | Microwave(s) | 1 | $ 150 | | Describe item(s): | | |
| ☐ | Cooking Utensils | 25 | $ 100 | | | | |
| ☐ | Silverware/Flatware | 70 | $ 50 | ☐ | Mechanics Tools | 1 | $ 100 |
| ☐ | Cookware (Pots/Pans) | 30 | $ 200 | | Describe item(s): | | |
| ☐ | Living Room Furniture | 12 | $ 2,000 | | | | |
| ☐ | Dining Room Furniture | 9 | $ 700 | ☐ | Guns and Firearms | 0 | $ |
| ☐ | Tables and Chairs | 8 | $ 600 | | Describe item(s): | | |
| ☐ | Entertainment Center(s) | 1 | $ 500 | | | | |
| ☐ | Television(s) | 4 | $ 1,500 | ☐ | Lawnmower | 0 | $ |
| ☐ | VCR(s) | 1 | $ 20 | ☐ | Yard Tools/Equipment | 10 | $ 300 |
| ☐ | DVD(s) | 3 | $ 150 | ☐ | Swimming Pool | 0 | $ |
| ☐ | Blu-Ray(s) | 0 | $ | ☐ | Hot Tub | 0 | $ |
| ☐ | Gaming System(s) | 0 | $ | ☐ | Patio Furniture | 1 | $ 100 |
| ☐ | Compact Disks | 50 | $ 25 | ☐ | Portable Heater(s) | 3 | $ 50 |
| ☐ | All Other Stereo Equipment | 2 | $ 400 | ☐ | BBQ Grill(s) | 1 | $ 400 |
| | Describe item(s): | | | ☐ | Boat(s) | 1/5 | $ 5,000 |
| | | | | | Describe item(s): 1/5 of 2004 Enzo boat | | |
| ☐ | Bedroom Furniture | 8 | $ 1,000 | | | | |
| ☐ | Dressers/Nightstands | 3 | $ 300 | ☐ | Trailer(s) | 1 | $ 300 |
| ☐ | Lamps and Accessories | 6 | $ 100 | | Describe item(s): Flat utility | | |
| ☐ | Wedding Ring(s) | 1 | $ 5,000 | | | | |
| ☐ | Other Jewelry/Watch(es) | 2 | $ 100 | ☐ | Camper(s) | 0 | $ |
| | Describe item(s): | | | | Describe item(s): | | |
| | | | | | | | |
| ☐ | Furs | | $ | ☐ | Cell Phone(s) | 1 | $ 300 |
| ☐ | Computer(s) | | $ | | | | |
| ☐ | Computer Printer(s) | | $ | | **OTHER ASSETS** | | |
| ☐ | Desk(s)/Office Furniture | | $ | ☑ | Rent deposit with landlord | | $ 2,500 |
| ☐ | Other Computer Equip. | | $ | | Name of Landlord | | Steve Caven |
| | Describe item(s): | | | | Address | | |
| | | | | | City, State, Zip | | |
| ☐ | Photography Equipment | | $ | ☐ | Government Bond(s) | | $ 0 |
| ☐ | Satellite Disk(s) | | $ | ☐ | Certificate(s) of Deposit | | $ 0 |
| ☐ | All Clothing | | $ | ☐ | Copyright(s)/Patent(s) | 0 | $ |
| | (including shoes, coats, hats, etc.) | | | ☐ | Aircraft | 0 | $ |
| ☐ | Collectibles/Antiques | | $ | ☐ | Interests in education IRA | 0 | $ |
| | Describe item(s): | | | ☐ | Customer List(s) | | $ Contingent |

**Add more sheets if you own additional household inventory not described above.**

# YOUR MOTOR VEHICLES

Motor vehicles include cars, trucks, SUV's, motorcycles, mobile homes, boats, trailers, campers, etc. that are TITLED IN YOU (OR YOUR SPOUSE'S NAME).  **Print out more sheets if you own more than 4 vehicles.**

Type: ☑ Automobile  ☐ Truck  ☐ Motorcycle  ☐ Boat  ☐ Mobile Home (Title Only)  ☐ Other:_____

Year _2008_  Make _Lincln_  Model _Navigator_  Style _long_  ☐ 2dr  ☑ 4dr  ☐ Other

Vehicle Identification Number (VIN #) – VERY IMPORTANT _____

If vehicle is a truck, check all that apply:  ☐ Long Bed  ☐ Short Bed  ☐ 4 Wheel Drive

☐ ½ Ton  ☐ ¾ Ton  ☐ Standard Cab  ☐ Ext Cab  ☐ Quad Cab  ☐ Crew Cab (4 doors)

Condition  ☐ Excellent  ☑ Good  ☐ Fair  ☐ Poor  ☐ Not running  Mileage _____

Name(s) on vehicle title? _Vince + Kim Covino_

Is vehicle leased?  ☐ YES  ☑ NO  If yes, what is the "buy out" on the lease? $_____

Name of company you make payments to for this vehicle: _Wells Fargo_

Address _____

City _____  State _____  Zip _____

Account Number _____  Date Loan Established _____

Monthly Payment $ _384_  What is the "pay off" amount on this vehicle? $ _18,000_

Are you behind in payments?  ☐ YES  ☑ NO  If so, what months? _____  Check one: ☑ KEEP  ☐ SURRENDER

Interest rate of auto loan: _12.9_ %  Month and year this will be paid off: _April 2017_

What is the value of your vehicle? $ _34,000_  Appraised value found through: ☑ KKB  ☐ LOCAL DEALER PRICE QUOTE

Have you went to a loan company and listed this vehicle as collateral for a personal loan? ☐ YES  ☑ NO

If so, name of loan company for personal loan: _~~Wells Fargo~~_

---

Type: ☑ Automobile  ☐ Truck  ☐ Motorcycle  ☐ Boat  ☐ Mobile Home (Title Only)  ☐ Other:_____

Year _2006_  Make _Lexus_  Model _GS430_  Style _____  ☐ 2dr  ☑ 4dr  ☐ Other

Vehicle Identification Number (VIN #) – VERY IMPORTANT _____

If vehicle is a truck, check all that apply:  ☐ Long Bed  ☐ Short Bed  ☐ 4 Wheel Drive

☐ ½ Ton  ☐ ¾ Ton  ☐ Standard Cab  ☐ Ext Cab  ☐ Quad Cab  ☐ Crew Cab (4 doors)

Condition  ☐ Excellent  ☐ Good  ☐ Fair  ☐ Poor  ☐ Not running  Mileage _____

Name(s) on vehicle title? _Vince + Kim Covino_

Is vehicle leased?  ☐ YES  ☐ NO  If yes, what is the "buy out" on the lease? $_____

Name of company you make payments to for this vehicle: _Pioneer Credit Union_

Address _____

City _____  State _____  Zip _____

Account Number _____  Date Loan Established _____

Monthly Payment $ _300_  What is the "pay off" amount on this vehicle? $ _11,000_

Are you behind in payments?  ☑ YES  ☐ NO  If so, what months? _May_  Check one: ☑ KEEP  ☐ SURRENDER

Interest rate of auto loan: _7_ %  Month and year this will be paid off: _June 2016_

What is the value of your vehicle? $ _17,500_  Appraised value found through: ☑ KKB  ☐ LOCAL DEALER PRICE QUOTE

Have you went to a loan company and listed this vehicle as collateral for a personal loan? ☐ YES  ☑ NO

If so, name of loan company for personal loan: _____

# DEBT SHEET 2 OF 10

- PRINT OUT MORE PAGES IF YOU HAVE MORE THAN 30 TOTAL DEBTS.
- DO NOT JUST LIST DEBTS YOU WANT TO INCLUDE – BUT <u>EVERY</u> DEBT YOU OWE, EVEN LOANS FROM RELATIVES

---

Name of Creditor ___Ted   Weiner___

Address _____

City _____ State _____ Zip _____

Total amount you owe on this debt $ _300,000_ Account No.: _____

Date (or year) you originally obtained this debt or established credit: _Feb 2007_

If this debt is for a credit card, what date (or year) did you last make a purchase? _____

What is this debt for? ☐ Medical  ☐ Credit Card  ☑ Loan  ☐ Other _Real Estate   Investment_

Who is financially responsible for this debt? ☐ HUSBAND  ☐ WIFE  ☑ BOTH  ☐ OTHER

Has this debt been turned over to a collection agency? ☐ YES  ☑ NO

**Name of collection agency or law firm** _____

Address _____

City _____ State _____ Zip _____

Reference/File No.: _____

---

Name of Creditor _Hymas B/k Trustee #250,000_

Address _____

City _____ State _____ Zip _____

Total amount you owe on this debt $ _15,000_ Account No.: _____

Date (or year) you originally obtained this debt or established credit: _____

If this debt is for a credit card, what date (or year) did you last make a purchase? _____

What is this debt for? ☐ Medical  ☐ Credit Card  ☐ Loan  ☐ Other _____

Who is financially responsible for this debt? ☐ HUSBAND  ☐ WIFE  ☐ BOTH  ☐ OTHER

Has this debt been turned over to a collection agency? ☐ YES  ☐ NO

**Name of collection agency or law firm** _____

Address _____

City _____ State _____ Zip _____

Reference/File No.: _____

---

Name of Creditor _IIB_

Address _____

City _____ State _____ Zip _____

Total amount you owe on this debt $ _750,000_ Account No.: _____

Date (or year) you originally obtained this debt or established credit: _____

If this debt is for a credit card, what date (or year) did you last make a purchase? _____

What is this debt for? ☐ Medical  ☐ Credit Card  ☐ Loan  ☐ Other _____

Who is financially responsible for this debt? ☐ HUSBAND  ☐ WIFE  ☐ BOTH  ☐ OTHER

Has this debt been turned over to a collection agency? ☐ YES  ☐ NO

**Name of collection agency or law firm** _____

Address _____

City _____ State _____ Zip _____

Reference/File No.: _____

_See EXcel SpreadSheet_

| Properties: | assets: | int rate | amount owed: |
|---|---|---|---|
| chinden I negative equity IIB | $ 140,000.00 | 6% | $ (280,000.00) |
| 5 mile 10 acres IIB | $ 50,000.00 | 6% | $ (295,000.00) |
| tamarack lots: | $ 10,000.00 | 6% | $ (500,000.00) |
| brookmeadow personal residence | $ 340,000.00 | 5% | $ (235,000.00) |
| **OTHER DEBT:** | | | |
| LPL /mbna amex credit card | $ - | 4% | $ (13,000.00) |
| navigator wells fargo, payments are current | $ 30,000.00 | 13% | $ (18,000.00) |
| banner bank/neil and associates via holland and vail | $ - | 12.00% | $ (57,000.00) |
| hynas trustee | | 12% | $ (255,000.00) |
| x2 neg equity pioneer credit union | $ - | 0% | $ (20,000.00) |
| st alphonsus two separate bills | | 0% | $ (4,000.00) |
| costco amex credit card | | 10% | $ (39,200.00) |
| ted werner private loan | | 0% | $ (200,000.00) |
| lexus pioneer credit union, payments are current | $ 17,000.00 | 7% | $ (11,000.00) |
| **IRA's/401k's:** | | | |
| Vince 401k - net of outstanding loan | $ 60,000.00 | | loan against it of 40 |
| Kim 401k | $ 96,000.00 | | |
| Vince Roth IRA | $ 106,000.00 | | |
| Kim Roth IRA | $ 54,000.00 | | |
| **Business Interests:** | | | |
| Oregon Aquarium 30% owner | $ - | | |
| software "Backdown" 10% owned by my S corp | $ - | | |
| value of MPS shares, owned by me personally | $ - | | |
| LPS business valuation | $ - | | |
| **Other assets:** | | | |
| Money MPS owes me | $ 34,000.00 | | they are letting me |

| | | | net worth | |
|---|---|---|---|---|
| current cash: | $ | 2,000.00 | | |
| home furnishings/etc | $ | 10,000.00 | | |
| 1/5 of enzo boat | $ | 6,000.00 | | I own this boat with |
| money kami owes for lexus | $ | 10,000.00 | | sold her my car five |
| money tamari owes for her car | $ | 3,000.00 | | sold her my car thre |
| money mel owes for her car | $ | 900.00 | | sold her my car thre |
| total net assets: | $ | 968,900.00 | | $ (1,927,200.00) |

If this is an acceptable offer, please reply by April 30th, 2012 so that my client may be able to present this agreement to the department of insurance.

| | | |
|---|---|---|
| brother Pete is making these payments and plans to keep it. | | |
| Forclosed | | |
| Forclosed | | |
| lease option in nov 2009 for 400k, put 150k down. | | |
| quit making payments in Feb 2011, they offered 30% settlement | | |
| purchased in march 2012 | | |
| quit making payments Sept 2010 | | |
| is a judgment, had deal for 60k, pd 10k | | |
| repossessed in 2009 | | |
| hospital bill | | |
| quit making payments in Nov 2011 | | |
| moved 400k in AR to Ted to lower this from 300k. | | |
| purchased in 2006 | | |
| ease their vehicle they have on lease to pay this down | | |

4 other partners.

years ago, and she has owed me 10k since then.

e years ago, and she has owed me the money since then.

$ (958,300.00)

9:02 AM

06/01/12

Cash Basis

# Legacy Practice Solutions
## Profit & Loss
### January through May 2012

|  | Jan - May 12 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Consulting Income | 75,475.50 |
| Doterra Income | 143.75 |
| Marketing Incom L&L | 700.00 |
| Refunds | 39.94 |
| **Total Income** | 76,359.19 |
|  |  |
| **Gross Profit** | 76,359.19 |
|  |  |
| **Expense** |  |
| Advertising and Promotion | 3,059.48 |
| Automobile Expense |  |
| Fuel | 585.18 |
| **Total Automobile Expense** | 585.18 |
|  |  |
| Bank Service Charges |  |
| Merchant Service Fees | 1,197.68 |
| Monthly Service Fee | 9.00 |
| Overdraft Fee | 70.00 |
| **Total Bank Service Charges** | 1,276.68 |
|  |  |
| Business License and Permits | 31.18 |
| Computer and Internet Expenses | 295.89 |
| Consulting | -1,000.00 |
| Dues and Subscriptions | 75.00 |
| Meals and Entertainment | 196.12 |
| Office Supplies | 1,570.33 |
| Outside Services | 23,592.00 |
| Payroll Expenses |  |
| Officer's Salary | 4,450.00 |
| Payroll Expenses - Other | 14,285.45 |
| **Total Payroll Expenses** | 18,735.45 |
|  |  |
| Postage and Delivery | 26.83 |
| Professional Fees |  |
| Accounting | 1,995.00 |
| **Total Professional Fees** | 1,995.00 |
|  |  |
| Rent Expense | 7,000.00 |
| Seminars | 3,050.00 |
| Subscription and Dues | 59.94 |
| Telephone Expense | 2,311.66 |
| Travel Expense |  |
| Air | 222.60 |
| Auto | 18.00 |
| Hotel | 941.40 |
| Meals and Entertainment 100%ded | 132.65 |
| **Total Travel Expense** | 1,314.65 |
|  |  |
| Uncategorized | 177.00 |
| **Total Expense** | 64,352.39 |
|  |  |
| **Net Ordinary Income** | 12,006.80 |
|  |  |
| **Net Income** | 12,006.80 |

EXHIBIT

C

tabbies

Page 1

| Form **1040** | Department of the Treasury - Internal Revenue Service (99) **U.S. Individual Income Tax Return** | **2011** | OMB No. 1545-0074 | IRS Use Only-Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan. 1-Dec. 31, 2011, or other tax year beginning _____ , 2011, ending _____ , 20 ___   See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| VINCENZO | COVINO | ▓▓▓▓▓▓ |

| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|
| KIMBERLY W | COVINO | ▓▓▓▓▓▓ |

Home address (number and street). If you have a P.O. box, see instructions.  **13965 W CHINDEN BLVD**   Apt. no. **109**

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
**BOISE**                     **ID**     **83713**

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|

**Filing Status**
Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

| | | | Boxes checked on 6a and 6b | 2 |
|---|---|---|---|---|
| 6a | ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a | | | |
| b | ☒ **Spouse** | | | |

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| V▓▓▓▓▓   C▓▓▓▓ | ▓▓▓▓▓ | SON | x |
| V▓▓▓▓▓   C▓▓▓▓ | ▓▓▓▓▓ | DAUGHTER | x |
| A▓▓▓▓▓   C▓▓▓▓ | ▓▓▓▓▓ | DAUGHTER | x |
| L▓▓▓▓▓   C▓▓▓▓ | ▓▓▓▓▓ | SON | x |

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
- lived with you   **4**
- did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

Add numbers on lines above ▶   **6**

d Total number of exemptions claimed ................

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 32,454 |
|---|---|---|---|
| 8a | **Taxable interest.** Attach Schedule B if required | 8a | |
| b | **Tax-exempt** interest. **Do not** include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | 13 |
| b | Qualified dividends | 9b | 13 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | 60,926 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions   15a   10,000   b Taxable amount | 15b | |
| 16a | Pensions and annuities   16a   b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 8,192 |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits   20a   b Taxable amount | 20b | |
| 21 | Other income   1099Q   1,395 | 21 | 1,395 |
| 22 | Combine the amounts in the far right col for lines 7 through 21. This is your **total income** ▶ | 22 | 102,980 |

**Adjusted Gross Income**

| 23 | Educator expenses | 23 | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | 0 |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | 194 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | 194 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 102,786 |

**EXHIBIT D** tabbies®

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   EEA   Form **1040** (2011)

Form 1040 (2011) VINCENZO & KIMBERLY W COVINO    18-25-9692    Page 2

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | 102,786 |
| | 39a | Check { You were born before January 2, 1947, ☐ Blind. } Total boxes<br>if: { Spouse was born before January 2, 1947, ☐ Blind. } checked ▶ 39a | | | |
| Standard Deduction for - | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b | | | |
| People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 40 | 13,329 |
| | 41 | Subtract line 40 from line 38 | | 41 | 89,457 |
| | 42 | Exemptions. Multiply $3,700 by the number on line 6d | | 42 | 22,200 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 67,257 |
| | 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ 962 election | | 44 | 2,919 |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | | 45 | |
| All others: | 46 | Add lines 44 and 45 ▶ | | 46 | 2,919 |
| Single or Married filing separately, $5,800 | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | 2 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | |
| | 49 | Education credits from Form 8863, line 23 | 49 | | |
| Married filing jointly or Qualifying widow(er), $11,600 | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | | |
| | 51 | Child tax credit (see instructions) | 51 | 2,917 | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | | |
| Head of household, $8,500 | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 53 | | |
| | 54 | Add lines 47 through 53. These are your total credits | | 54 | 2,919 |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | | 55 | 0 |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | | 56 | 338 |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 58 | |
| | 59a | Household employment taxes from Schedule H | | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | | 59b | |
| | 60 | Other taxes. Enter code(s) from instructions | | 60 | |
| | 61 | Add lines 55 through 60. This is your total tax ▶ | | 61 | 338 |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 1,494 | |
| If you have a qualifying child, attach Schedule EIC. | 63 | 2011 estimated tax payments and amount applied from 2010 return | 63 | | |
| | 64a | Earned income credit (EIC) | 64a | | |
| | b | Nontaxable combat pay election | 64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | 1,083 | |
| | 66 | American opportunity credit from Form 8863, line 14 | 66 | | |
| | 67 | First-time homebuyer credit from Form 5405, line 10 | 67 | | |
| | 68 | Amount paid with request for extension to file | 68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | | |
| | 71 | Credits from Form: a ☐ 2439 b ☐ 8839 c ☐ 8801 d ☐ 8885 | 71 | | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your total payments ▶ | | 72 | 2,577 |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you overpaid | | 73 | 2,239 |
| | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ | | 74a | 2,239 |
| Direct deposit? See instructions. | b | Routing number X X X X X X X X X | ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number X X X X X X X X X X X X X X X X X | | | |
| | 75 | Amount of line 73 you want applied to your 2012 estimated tax | 75 | | |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | | 76 | |
| | 77 | Estimated tax penalty (see instructions) | 77 | | |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete below. ☐ No
Designee's name ▶ Heather Meck    Phone no. ▶ 208-863-5205    Personal identification number (PIN) ▶ 1 1 2 5 7

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.
Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| 59692 | 06-29-2012 | BROKER | 208-947-9929 |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | Identity Protection PIN (see inst.) |
| 37871 | | HOMEMAKER | |

**Paid Preparer Use Only**

| Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|
| Heather Meck | 06-29-2012 | | P00920021 |
| Print/Type preparer's name Heather Meck | | | |
| Firm's name ▶ Heather E Meck CPA Inc | | Firm's EIN ▶ | 07-078 |
| Firm's address ▶ PO Box 506  Eagle, ID 83616 | | Phone no. 208-863-5205 | |