Richard E. Crawforth
trustee@richardcrawforth.com
410 S. Orchard, Suite 172
Boise, Idaho 83705
Telephone (208) 424-8188
Facsimile (208) 344-0785
Chapter 7 Bankruptcy Trustee

United States Bankruptcy Court
District of Idaho

| | |
|---|---|
| In Re: ) | |
| ) | |
| HYMAS, AARON MICHAEL ) | Case No. 08-00802 TLM |
| HYMAS, TIFFANY KIM ) | |
| ) | |
| ) | |
| ) | Chapter 7 |
| ) | |
| Debtor(s) ) | |

TRUSTEE'S OBJECTION TO CLAIM AND NOTICE

TO:   FRANKLIN BUILDING SUPPLY
      ATTN: RICHARD C. PIETRUCCI, CORP. CREDIT MGR
      PO BOX 390023
      BOISE, ID 83719-0023

YOU ARE HEREBY NOTIFIED that the Trustee of the above estate has objected to the allowance of your Claim No. 22, filed on March 30, 2009.

YOU ARE HEREBY NOTIFIED that if you wish to contest the Trustee's objection to your claim, a written reply to the objection must be filed in duplicate within thirty (30) days from the date this objection is mailed. File the original with the U.S. Bankruptcy Court, 550 W. Fort St., MSC 042, Boise, ID 83724; and a copy with the Trustee.

YOU ARE FURTHER NOTIFIED that if the objection is a matter that can be corrected by filing an amended claim, you may do so prior to the expiration of the thirty (30) day period. <u>Failure to file a written response will result in the Trustee requesting that the Court enter an order disallowing the claim to the extent objected to without further notice or hearing.</u>

**OBJECTION**

[X]   Proof of claim is alleged to be based on a writing. Supporting documents attached to proof of claim indicate debt is owed by Crestwood Construction, which is a separate legal entity and is not the debtor in this case. Claim should be disallowed for distribution.

DATED: November 14, 2012                        /S/ Richard E. Crawforth
                                                Richard E. Crawforth, Trustee

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date as indicated below, I electronically filed the foregoing Objection to Claim and Notice with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals so noted below. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification:*

U.S. TRUSTEE
*ECF:* ustp.region18.bs.ecf@usdoj.gov

BRENT T ROBINSON
POB 396
RUPERT, ID  83350

*Served by U.S. MAIL* :

HYMAS, AARON MICHAEL
HYMAS, TIFFANY KIM
2850 S SUGAR LOAF WAY
EAGLE, ID  83616

FRANKLIN BUILDING SUPPLY
ATTN:  RICHARD C. PIETRUCCI, CORP. CREDIT MGR
PO BOX 390023
BOISE, ID  83719-0023

/S/  Richard E. Crawforth            .
Chapter 7 Bankruptcy Trustee
Date: November 14, 2012