JULIE ADAMS DEFORD
DEFORD LAW, P.C.
317 12TH AVENUE SOUTH
NAMPA, IDAHO 83651
TELEPHONE: (208) 461-3667
FACSIMILE: (208) 461-7077
IDAHO STATE BAR NUMBER: 5420

ATTORNEY FOR THE PLAINTIFF

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| IN RE: | |
|---|---|
| AARON M. HYMANS AND TIFFANY K. HYMAS, | CASE NUMBER NO. 08-00802-TLM |
| DEBTORS. | WITHDRAWAL OF PROOF OF CLAIM (FILED UNDER CLAIM NO. 9-1) |

COMES NOW, Adamson Pump and Drilling, Inc., by and through their attorney of record, Julie Adams DeFord, and hereby moves this Court to withdraw the Proof of Claim filed on August 18, 2008 under claim number 9-1, for services performed/goods sold in the amount of $43,757.92. The creditor represents that said debtors did not personally guarantee the outstanding debt.

DATED this 20th day of November, 2012.

_____
Julie Adams DeFord
Attorney for Plaintiff

WITHDRAWAL OF PROOF OF CLAIM (FILED UNDER CLAIM NO. 9-1)                    PAGE-1

## CERTIFICATE OF DELIVERY

I HEREBY CERTIFY that on the ___20___ day of November, 2012, I caused a true copy of the foregoing Withdrawal of Proof of Claim to be served by the method indicated below, and addressed to the following:

| | |
|---|---|
| Richard Crawforth<br>Chapter 7 Trustee<br>410 S. Orchard #172<br>Boise, ID 83705 | ☒ ECF Mail |
| Kelly I. Beeman<br>Attorney for Debtor<br>710 ½ W. Franklin #201<br>Boise, ID 83702 | ☒ ECF Mail |

_____
JULIE ADAMS DEFORD

WITHDRAWAL OF PROOF OF CLAIM (FILED UNDER CLAIM NO. 9-1)                    PAGE-1