Richard E. Crawforth
trustee@richardcrawforth.com
410 S. Orchard, Suite 172
Boise, Idaho  83705
Telephone:  (208) 424-8188
Facsimile:  (208) 344-0785
Chapter 7 Bankruptcy Trustee

United States Bankruptcy Court

District of Idaho

In Re:                                                    )
                                                          )
HYMAS, AARON MICHAEL              )
HYMAS, TIFFANY KIM                    )       Case No. 08-00802 TLM
                                                          )
                                                          )       Chapter 7
                                                          )
_____Debtor(s)_____)_____

WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM

The Trustee in the above entitled case states the following:

1. The Trustee has filed an Objection to Proof of Claim No. 22.

   FRANKLIN BUILDING SUPPLY
   ATTN: RICHARD C. PIETRUCCI, CORP. CREDIT MGR
   PO BOX 390023
   BOISE, ID 83719-0023

2. The claimant, who filed the Proof of Claim, has provided the Trustee with additional supporting documents, evidencing debtor's personal guaranty of the business debt.

3. The Trustee withdraws the Objection to Proof of Claim No. 22..

DATED:  November 27, 2012

                                                            __/S/  Richard E. Crawforth_____
                                                            Richard E. Crawforth
                                                            Trustee

WITHDRAWAL OF OBJECTION TO CLAIM 08-00802 TLM

## *CERTIFICATE OF SERVICE*

      I hereby certify that on this date as indicated below, I electronically filed the foregoing Withdrawal of Trustee's Objection to Claim with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals so noted below.  I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification:*

U.S. TRUSTEE
*ECF:* ustp.region18.bs.ecf@usdoj.gov

BRENT T ROBINSON
POB 396
RUPERT, ID  83350

*Served by U.S. MAIL*

HYMAS, AARON MICHAEL
HYMAS, TIFFANY KIM
2850 S SUGAR LOAF WAY
EAGLE, ID  83616

FRANKLIN BUILDING SUPPLY
ATTN: RICHARD C. PIETRUCCI, CORP. CREDIT MGR
PO BOX 390023
BOISE, ID 83719-0023

/S/  Richard E. Crawforth
Chapter 7 Bankruptcy Trustee
Date: November 27, 2012