Laura E. Burri
Ringert Law Chartered
455 S 3rd Street
PO Box 2773
Boise, ID 83702
phone: (208) 342-4591
Facsimile: (208) 342-4657
Email: lburri@ringertlaw.com
ISB 3573

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Case No. 08-00802 TLM |
| | ) | |
| AARON MICHAEL HYMAS and | ) | |
| TIFFANY KIM HYMAS, | ) | WITHDRAWAL OF PROOF OF CLAIM |
| | ) | NOS. 35 AND 36 FILED BY NAMPA & |
| Debtors. | ) | MERIDIAN IRRIGATION DISTRICT |
| | ) | |

COMES NOW Nampa & Meridian Irrigation District and hereby withdraws its Proof of Claim Nos. 35 and 36 filed on May 1, 2009. The Proofs of Claim are withdrawn for the reason that the assessments have been paid.

DATED this 18th day of January, 2013.

RINGERT LAW CHARTERED

By _____*Laura E Burri*_____
Laura E. Burri
Attorney for Nampa & Meridian Irrigation District

WITHDRAWAL OF PROOF OF CLAIM - PAGE 1

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of January, 2013, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing. Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

| | |
|---|---|
| Brent T. Robinson | Via ECF - brt@idlawfirm.com |
| Richard Crawforth | Via ECF - rec-7tte@cableone.net |
| US Trustee | Via ECF - ustp.region18.bs.ecf@usdoj.net |
| Tarina Dabb<br>Nampa & Meridian Irrigation District<br>1503 First Street South<br>Nampa, Idaho 83651-4395 | Via US Mail |

_____
Laura E. Burri

NOTICE WITHDRAWING MOTION TO VACATE AUTOMATIC STAY - PAGE 2