Richard E. Crawforth
trustee@richardcrawforth.com
410 S. Orchard, Suite 172
Boise, Idaho  83705
Telephone:  (208) 424-8188
Facsimile:  (208) 344-0785
Chapter 7 Bankruptcy Trustee

United States Bankruptcy Court

District of Idaho

| | | |
|---|---|---|
| In Re: | ) | |
| HYMAS, AARON MICHAEL<br>HYMAS, TIFFANY KIM | )<br>)<br>) | Case No. 08-00802 TLM |
| | ) | Chapter 7 |
| Debtor(s) | ) | |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM

The Trustee in the above entitled case states the following:

1.  The Trustee has filed an Objection to Proof of Claim No. 14

    ANDERSON, JULIAN & HULL, LLP
    ATTN: ROB MILLS, MANAGING PARTNER
    250 S FIFTH ST., STE 700
    BOISE, ID 83707

2.  The claimant, who filed the Proof of Claim, has withdrawn its Proof of Claim.

3.  The Trustee withdraws the Objection to Proof of Claim No. 14.

DATED:  February 26, 2013

　　　　　　　　　　　　　　　　　　　　__/S/  Richard E. Crawforth_____
　　　　　　　　　　　　　　　　　　　　Richard E. Crawforth
　　　　　　　　　　　　　　　　　　　　Trustee

## *CERTIFICATE OF SERVICE*

      I hereby certify that on this date as indicated below, I electronically filed the foregoing Withdrawal of Trustee's Objection to Claim with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals so noted below.  I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification:*

U.S. TRUSTEE
*ECF:* ustp.region18.bs.ecf@usdoj.gov

BRENT T ROBINSON
POB 396
RUPERT, ID  83350

*Served by U.S. MAIL*

HYMAS, AARON MICHAEL
HYMAS, TIFFANY KIM
2850 S SUGAR LOAF WAY
EAGLE, ID  83616

ANDERSON, JULIAN & HULL, LLP
ATTN: ROB MILLS, MANAGING PARTNER
250 S FIFTH ST., STE 700
BOISE, ID 83707

/S/  Richard E. Crawforth
Chapter 7 Bankruptcy Trustee
Date: February 26, 2013