Randall A. Peterman, ISB No. 1944
MOFFATT, THOMAS, BARRETT, ROCK &
FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho 83701
Telephone (208) 345-2000
Facsimile (208) 385-5384
rap@moffatt.com
25-417.0000

Attorneys for Taylor Bean & Whitaker Mortgage Co. and
Roundpoint Mortgage Servicing Corporation

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: AARON AND TIFFANY HYMAS, Debtor. | Case No. 08-00802-TLM Chapter 7 |
|---|---|

**NOTICE OF NON-OBJECTION OF ROUNDPOINT TO TRUSTEE'S RENEWED MOTION FOR APPROVAL OF SALE OF REAL PROPERTY RE: 1110 E. INSIGNIA**

COME NOW Taylor Bean & Whitaker Mortgage Co. and Roundpoint Mortgage Servicing Corporation (collectively "Roundpoint"), and hereby provide notice to the Court and parties in interest that Roundpoint has no objection to the Trustee's Renewed Motion for Approval of Sale of Real Property re: 1110 E. Insignia (CR 333). Roundpoint otherwise reserves all of its rights.

NOTICE OF NON-OBJECTION OF ROUNDPOINT TO TRUSTEE'S RENEWED MOTION FOR APPROVAL OF SALE OF REAL PROPERTY RE: 1110 E. INSIGNIA - 1

Client:2805016.1

DATED this 15th day of March, 2013.

MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED

By ______________________________
Randall A. Peterman – Of the Firm
Attorneys for Taylor Bean & Whitaker Mortgage Co. and Roundpoint Mortgage Servicing Corporation

**NOTICE OF NON-OBJECTION OF ROUNDPOINT TO TRUSTEE'S RENEWED MOTION FOR APPROVAL OF SALE OF REAL PROPERTY RE: 1110 E. INSIGNIA - 2**

Client:2805016.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 15th day of March, 2013, I filed the foregoing NOTICE **OF NON-OBJECTION OF ROUNDPOINT TO TRUSTEE'S RENEWED MOTION FOR APPROVAL OF SALE OF REAL PROPERTY RE: 1110 E. INSIGNIA** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Ada County Treasurer**
trbankrupt@adaweb.net

**Kelly I. Beeman**
jerri@beemanlaw.net
kelly@beemanlaw.net

**Brian L. Boyle**
brianboylelaw@gmail.com

**Laura E. Burri**
lburri@ringertlaw.com

**James W. Colborn**
jcolborn@idahorealestatelaw.com

**Terry C. Copple**
tc@davisoncopple.com,
band@davisoncopple.com
tonkin@davisoncopple.com

**Richard E. Crawforth**
trustee@richardcrawforth.com,
ID06@ecfcbis.com

**R. George DeFord**
rgdeford@qwest.net,
nadiapgonzalez@yahoo.com

**Thomas E. Dvorak**
ted@givenspursley.com,
s274@givenspursley.com
lisanicholas@givenspursley.com

**Charles W. Fawcett**
cfawcett@skinnerfawcett.com

**Kenneth C. Howell**
khowell@hawleytroxell.com,
tshull@hawleytroxell.com

**John R. Kormanik**
jrk@khsidaholaw.com

**Elizabeth A. Mahn**
bmahn@adaweb.net
jpeterson@adaweb.net

**Jed W. Manwaring**
jmanwaring@evanskeane.com
jgeier@evanskeane.com
la1@swarnerlaw.com
skw@perrylawpc.com

**Martin J. Martelle**
sarah@martellelaw.com
taryn@martellelaw.com

**James K. Miersma**
ecfid@rcflegal.com

**NOTICE OF NON-OBJECTION OF ROUNDPOINT TO TRUSTEE'S RENEWED MOTION FOR APPROVAL OF SALE OF REAL PROPERTY RE: 1110 E. INSIGNIA - 3**

Client:2805016.1

**Robert A. Mills**
rmills@ajhlaw.com
robertmills.attorney@gmail.com

**David Wayne Newman**
ustp.region18.bs.ecf@usdoj.gov

**Derrick J. O'Neill**
doneill@rcolegal.com

**Lance E. Olsen**
ecfid@rcflegal.com

**Sheryl S. Phillabaum**
sheryl@spokelaw.com
ian@spokelaw.com
angie@spokelaw.com

**Robert K. Reynard**
rreynard@padrm.com

**Brent T. Robinson**
btr@idlawfirm.com
cb@idlawfirm.com

**Peter J. Salmon**
ecfidb@piteduncan.com

**Spokane Teachers Credit Union**
jonathana@stcu.org

**David Paul Stroud**
dave@stroudlegal.com

**Jennifer Tait-Solseng** jtait@robinsontait.com
lmcmahon@robinsontait.com
mhunter@robinsontait.com
ncarson@robinsontait.com

**Wade D. Thomas**
wthomas01@gmail.com

**Kim J. Trout**
ktrout@trout-law.com

**U.S. Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Shane K. Warner**
swarner@swarnerlaw.com

**Jeffrey M. Wilson**
jeff@wilsonmccoll.com
cindy@wilsonmccoll.com

AND, I FURTHER CERTIFY that on such date I served the foregoing **OF NON-OBJECTION OF ROUNDPOINT TO TRUSTEE'S RENEWED MOTION FOR APPROVAL OF SALE OF REAL PROPERTY RE: 1110 E. INSIGNIA** on the following non-CM/ECF Registered Participants in the manner indicated:

Aaron Michael Hymas
Tiffany Kim Hymas
1874 North Moon Bello Way
Eagle, ID 83616

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

**NOTICE OF NON-OBJECTION OF ROUNDPOINT TO TRUSTEE'S RENEWED MOTION FOR APPROVAL OF SALE OF REAL PROPERTY RE: 1110 E. INSIGNIA - 4**

Client:2805016.1

| | |
|---|---|
| Americas Servicing Company<br>McCalla, Raymer, et al.<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| RMS<br>4836 Brecksville Rd.<br>P.O. Box 509<br>Richfield, OH 44286 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Specialized Loan Servicing LLC<br>8742 Lucent Blvd., Suite 300<br>Highland Ranch, CO 80129 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Stephen C Tingey<br>Ray Quinney and Nebeker, PC<br>36 South State St. Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| BAC Home Loans Servicing, L.P. fka<br>Countrywide Home Loans Servicing, L.P.<br>c/o McCalla Raymer, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Jennifer Castleton<br>Robinson Tait, PS<br>616 First Ave. Ste. 550<br>Seattle, WA 98104 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Roger Clubb<br>Simmons & Clubb<br>410 S. Orchard Ste 156<br>Boise, ID 83705 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

Jude Gary
Metropolitan Real Estate
7080 Sorenson
Boise, ID 83709

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Jon N Wyman
393 W River Trail Court
Eagle, ID 83616

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Randall A. Peterman

**NOTICE OF NON-OBJECTION OF ROUNDPOINT TO TRUSTEE'S RENEWED MOTION FOR APPROVAL OF SALE OF REAL PROPERTY RE: 1110 E. INSIGNIA - 6**

Client:2805016.1