Jon N. and Mardee A. Wyman, Pro Se  
393 W. River Trail Court  
Eagle, ID 83616  
Telephone: 208-342-0491

U.S. COURTS

MAR 26 2013

Filed_____ Time_____  
ELIZABETH A. SMITH  
CLERK, DISTRICT OF IDAHO

United States Bankruptcy Court

District of Idaho

In Re: )
)
HYMAS, AARON MICHAEL ) Case No. 08-00802 TLM
HYMAS, TIFFANY KIM )
)
) Chapter 7
)
Debtor(s) )

WITHDRAWAL OF RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM

COMES NOW, Jon N. Wyman ("Claimant"), on behalf of himself and Mardee A. Wyman, and hereby withdraws the Response to Trustee's Objection to Claim and Notice filed on February 19, 2013 (Doc 305). Claimant acknowledges that his Proof of Claim No. 12, as originally filed, is without merit and should be disallowed.

DATED: 3/25/2013.

_____  
Jon N. Wyman

WITHDRAWAL OF RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM 08-00802 TLM