# UNITED STATES BANKRUPTCY COURT
## District of Idaho [LIVE]

| | |
|---|---|
| In Re: ) | |
| ) | |
| Aaron Michael Hymas ) | Case No.: 08−00802−TLM |
| 1874 North Moon Bello Way ) | |
| Eagle, ID 83616 ) | Chapter: 7 |
| ) | |
| Social Security No.: ) | |
| Employer's Tax I.D. No.: ) | |
| ) | **ORDER DISALLOWING CLAIM** |
| Tiffany Kim Hymas ) | |
| 1874 North Moon Bello Way ) | |
| Eagle, ID 83616 ) | |
| ) | |
| Social Security No.: xxx−xx−0208 ) | |
| Employer's Tax I.D. No.: ) | |
| Debtor(s) | |

Richard Crawforth, Trustee

in this case requests that the Court disallow the following claim:

Creditor: Jon and Mardee Wyman

Claim Number(s): 12

Notice of the objection to the claim was sent to the creditor and a request for hearing or reply to the objection has not been made within the time period allowed.

**IT IS ORDERED** that the above mentioned claim be disallowed to the extent objected to.


Dated: 3/26/13              Elizabeth A Smith
                            Clerk, U.S. Bankruptcy Court